NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| JOSE FLORES, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D19-1128 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Kemba Lewis, Judge.

Jose Flores, pro se.

PER CURIAM.

Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Tucker v. State, 726 So. 2d 768 (Fla. 1999); Strickland v. State, 437 So. 2d 150 (Fla. 1983); Flores v. State, 113 So. 3d 6 (Fla. 2d DCA 2013) (table decision); Pratte v. State, 946 So. 2d 1184 (Fla. 2d DCA 2006); Williams v. State, 836 So. 2d 1082 (Fla. 2d DCA 2003); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).

SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.